AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Heriberto Olivares-Benitez

**CRIMINAL COMPLAINT**

Case Number: M-19- 0120 -M

United States District Court
Southern District of Texas
FILED
JAN 18 2019
Clerk of Court

IAE    YOB: 1986
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___January 16, 2019___ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the Mexico in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Heriberto Olivares-Benitez was encountered by Border Patrol Agents near Cuevitas, Texas on January 16, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 16, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 1, 2013 through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 29, 2011, the defendant was convicted of 8 USC 1326, Re-entry of a Deported Alien and sentenced to six (6) months confinement and one (1) year supervised release term.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Lozando Bogle          Senior Patrol Agent

January 18, 2019

J. Scott Hacker          , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer